AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**Sealed**

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MICHAEL SMITH<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:17-mj-651<br><br>-02 |

**FILED**
AUG 0 1 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL SMITH                                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Count 1: conspiring with others known and unknown to distribute controlled substances, including 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841 & 846.

Date: 1 August 2017

_____
*Issuing officer's signature*

City and state:   Indianapolis, Indiana            Craig M. McKee, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/01/2017, and the person was arrested on *(date)* 07/31/2017
at *(city and state)* Indianapolis, IN

Date: 08/01/2017

_____
*Arresting officer's signature*

Christopher T. Smith / Taskforce Officer
*Printed name and title*