UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:17-mj-0651 |
| | ) | |
| COREY BAILEY, | ) | - 01 |
| MICHAEL SMITH, | ) | - 02 |
| Defendants. | ) | |

**MINUTE ENTRY**
**For August 1, 2017**

Parties appear for an initial appearance on the Amended Complaint filed on August 1, 2017. Defendant Bailey appeared in person and by retained counsel Mary Zahn and David Deal. Defendant Smith appeared in person and by FCD counsel Michael Donahoe. Government represented by AUSA Michelle Brady. USPO represented by Jamie Roberts.

Financial affidavit approved for Defendant Smith. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendants Bailey and Smith waived reading of the complaint.

Government orally moved for pretrial detention of Defendants Bailey and Smith and a hearing was scheduled. Preliminary and detention hearing set for **August 8, 2017 at 2:30 p.m. in courtroom 238**.

Government orally moved for Defendants Bailey and Smith to submit to a urinalysis and the same granted.

Counsel jointly moved for release of the Pretrial Services Report. The Court, finding good cause and no promise of confidentiality and no likelihood of harm, ordered the report released to counsel of record.

Government orally moved to unseal the case as to all defendants and the same granted.

Defendants Bailey and Smith remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Date:  08/02/2017

_____
CRAIG M. MCKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system