UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:17-cr-0162-JMS-MJD |
| | ) | |
| BRAYAN QUINONEZ, | ) | - 01 |
| NANSI JUAREZ-ROBLES, | ) | - 02 |
| LAURO PARRA, | ) | - 03 |
| RYAN BAIRD, | ) | - 04 |
| DONALD BELL, | ) | - 05 |
| CORY BAILEY, | ) | - 06 |
| MICHAEL SMITH, | ) | - 07 |
| CHARLES CRAFT, | ) | - 08 |
| Defendants. | ) | |

**MINUTE ENTRY**

**For August 24, 2017**

The parties appeared for an initial appearance on the Indictment filed on August 15, 2017.  Defendant Quinonez appeared in person and by FCD counsel Dominic Martin.  Defendant Juarez-Robles appeared in person and by CJA counsel Sam Ansell.  Defendant Parra appeared in person and by CJA counsel Andrew Borland.  Defendant Baird appeared in person and by CJA counsel Jeff Baldwin.  Defendant Bell appeared in person and by CJA counsel Julie Treida.  Defendant Bailey appeared in person and by retained counsel David Deal and Mary Zahn.  Defendant Smith appeared in person and by CJA counsel Belle Choate.  Defendant Craft appeared in person and by CJA counsel Larry Champion.  Government represented by AUSA Michelle Brady.  Victor Krebs was sworn as the Spanish interpreter for Defendants

Quinonez and Juarez-Robles.

Financial affidavits for Defendants Quinonez, Juarez-Robles, Parra, Baird, Bell, Smith and Craft approved on July 20, 2017.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **September 25, 2017**.

Defendants Quinonez, Bell, and Craft each waived his right to a detention hearing on July 25, 2017 and that waiver stands.

Defendants Juarez-Robles and Baird were ordered detained on August 14, 2017 and those orders stand.

Parties are to notify the Court when the issue of release or detention regarding Defendant Bailey becomes ripe.

Defendant Smith waived his right to a detention hearing on August 8, 2017 and that waiver stands.

Defendant Parra waived his right to a detention hearing on August 14, 2017 and that waiver stands.

Defendants Quinonez, Juarez-Robles, Parra, Baird, Bell, Bailey, Smith, and Craft waived formal arraignment and reading of the Indictment.

Defendants Quinonez, Juarez-Robles, Parra, Baird, Bell, Bailey, Smith, and Craft remanded to the custody of the U.S. Marshal pending further proceedings before the Court.

Date:  24 AUG 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system