AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.

MICHAEL SMITH
*Defendant*

Case No. 1:17-cr-0162-07 JMS -MJD

**FILED**
AUG 2 4 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL SMITH ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) & 846.

Date: 8/16/17

CLERK OF COURT, Laura A. Briggs
BY: *[signature]*
*Deputy Clerk*

City and state: Indianapolis, Indiana

---

### Return

This warrant was received on *(date)* 08/24/2017, and the person was arrested on *(date)* 08/24/2017
at *(city and state)* Indianapolis, IN

Date: 08/24/2017

*[signature]*
*Arresting officer's signature*

Jillian Beurer, DUSM
*Printed name and title*