UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:17-cr-00162-JMS-MJD |
| | ) | |
| MICHAEL SMITH, | ) | -07 |
| | ) | |
| Defendant. | ) | |

PENALTY SHEET

You have been charged in a Superseding Indictment with a violation of the Laws of the United States of America.   The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) & 846 Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances | 10 - Life | Up to $10,000,000.00 | NLT 5 years |

Dated: _____          _____

MICHAEL SMITH
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgment.

_____

United States Magistrate Judge
Southern District of Indiana