UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:17-cr-0162-JMS-MJD |
| | ) | |
| LAURO PARRA, | ) | - 03 |
| RYAN BAIRD, | ) | - 04 |
| CORY BAILEY, | ) | - 06 |
| MICHAEL SMITH, | ) | - 07 |
| CHARLES CRAFT, | ) | - 08 |
| DWAYNE DODD, | ) | - 10 |
|     Defendants. | ) | |

**ORDER**

The defendant, having been charged in a superseding indictment returned on September 6, 2017, and having previously appeared in the indictment under this same cause number, is hereby notified that he may WAIVE the initial appearance, arraignment, and execution of the warrant as to the superseding indictment.

If it is the intent of the defendant to waive the initial appearance, arraignment and execution of the warrant, the defendant is to file with the Court, **in writing, by the close of business on September 20, 2017,** a waiver of initial appearance, formal arraignment and execution of warrant as to the Superseding Indictment filed on September 6, 2017. The waiver must be signed by both the attorney and defendant, and affirm that the defendant has received a copy of the Indictment and pleads not guilty. If it is the intent of the defendant to waive, the court prefers that counsel utilize the waiver form available on the court's website.

If a waiver is not received, the defendant will be seen on **September 22, 2017 at 9:30 am in courtroom 270** before the criminal duty magistrate judge.

**So ORDERED**.

Date: 09/08/2017

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.