UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:17-cr-00162-JMS-MJD |
| MICHAEL SMITH, | ) -07 |
| Defendant. | ) ) |

PENALTY SHEET

You have been charged in a 2nd Superseding Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) & 846 Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances | 10 - Life | Up to $10,000,000.00 | NLT 5 years |