UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                           CASE NUMBER: 1:17-CR-00162-JMS-MJD-07

MICHAEL SMITH,

      Defendant.

## WAIVER OF INITIAL APPEARANCE, ARRAIGNMENT, AND EXECUTION OF WARRANT ON SECOND SUPERSEDING INDICTMENT

Defendant Michael Smith in person and by counsel, Belle T. Choate, by his signature below, hereby waives his initial appearance and formal arraignment on the Second Superseding Indictment filed against him in the above cause, pursuant to Rules 5 and 10 of the Federal Rules of Criminal Procedure; and the right to execution of the arrest warrant under Rules 9 and 4 of the Federal Rules of Criminal Procedure.

After receiving and reviewing a copy of the Second Superseding Indictment and discussing it with my attorney, I am fully aware of the nature of the crime with which I am charged and the range of penalties for it. I hereby enter a formal plea of Not Guilty to the Superseding Indictment.

Respectfully submitted,

_Michael Smith_
Michael Smith


/s/ Belle T. Choate
Belle T. Choate
Attorney for the Defendant
Attorney No.: 3214-49

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF – registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

/s/ Belle T. Choate
Belle T. Choate

**BELLE T. CHOATE**
**ATTORNEY AT LAW**
**6325 GUILFORD AVENUE, STE. 203**
**INDIANAPOLIS, IN 46220**
**Telephone:  (317) 978-0000**
**Fax:       (317) 377-4089**
**choate@iquest.net**