AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

| United States of America | ) | |
| v. | ) | Case No.  1:17-cr-00162-JMS-MJD |
| | ) | |
| | ) | |
| | ) | -07 |
| MICHAEL SMITH | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL SMITH                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ 2nd Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21, United
States Code, Sections 841(a)(1) & 846.

Date:   February 15, 2018

CLERK OF COURT, Laura A. Briggs

BY: _____
Deputy Clerk

City and state:   Indianapolis, Indiana

| Return | | |
| --- | --- | --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ | | |
| at *(city and state)* _____ | | |
| Date: _____ WAIVED 03/07/2018 | Arresting officer's signature _____ | |
| | Printed name and title _____ | |