# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                CASE NUMBER: 1:17-cr-00162-JMS-MJD-07

MICHAEL SMITH,

    Defendant.

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

Counsel, Belle T. Choate, pursuant to Local Rule 5-3, notifies the Court of the following address change:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Belle T. Choate | Belle T. Choate |
| **Law Firm:** | Belle T. Choate | Belle T. Choate |
| **Address:** | 6325 Guilford Avenue, Ste. 203<br>Indianapolis, IN  46220 | 4801 Michigan Road<br>Indianapolis, IN  46228 |
| **Primary Email:** | choate@iquest.net | choate@iquest.net |
| **Secondary Email:** | None | None |
| **Telephone Number:** | 317/978-0000 | 317/978-0000 |
| **Facsimile:** | 317/377-4089 | 317/377-4089 |

| | |
|---|---|
| March 29, 2018 | /s/ Belle T. Choate |
| Date | Signature |
| | |
| | Belle T. Choate #3214-49 |
| | Print Name |
| | |
| | 4801 Michigan Road |
| | Address |
| | |
| | Indianapolis, Indiana 46228 |
| | City        State    Zip Code |
| | |
| | (317) 978-0000 |
| | Phone Number |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2018 copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF – registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

/s/ Belle T. Choate
Belle T. Choate

**BELLE T. CHOATE**
**ATTORNEY AT LAW**
**4801 Michigan Road**
**INDIANAPOLIS, IN 46228**
**Telephone:  (317) 978-0000**
**Fax:      (317) 377-4089**
choate@iquest.net